849 A.2d 1135

HEFFNER FUNERAL CHAPEL & CREMATORY, INC., Ernie Heffner, Licensed Funeral Director and Scureman Funeral Home, Inc., Appellants

v.

DEPARTMENT OF STATE, BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, and State Board of Funeral Directors, Appellees.

Supreme Court of Pennsylvania.

May 26, 2004.

## *ORDER*

PER CURIAM:

**AND NOW,** this 26th day, of May 2004, the Order of the Commonwealth Court is hereby **AFFIRMED.**